

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:14-MJ-610-BN |
| GEORGE LEE PASS, JR. | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant **GEORGE LEE PASS, JR.** pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

　　　　_____ Crime of violence (18 U.S.C. §3156);

　　　　_____ Maximum sentence life imprisonment or death

　　　　\_\_\_X\_\_\_ 10 + year drug offense

　　　　_____ Felony, with two prior convictions in above categories

　　　　_____ Serious risk defendant will flee

　　　　\_\_\_X\_\_\_ Serious risk obstruction of justice

　　　　_____ Felony involving a minor victim

　　　　_____ Felony involving a firearm, destructive device, or any other dangerous weapon

　　　　_____ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

   __X__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

   _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

   _____ Previous conviction for "eligible" offense committed while on pretrial bond

[Remainder of page intentionally left blank.]

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing:

_____ At first appearance

___X___ After continuance of __3__ days (not more than 3).

Dated this 3rd day of September, 2014.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____/s/ for_____
JASON D. SCHALL
Assistant United States Attorney
Texas Bar No. 24051295
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
E-mail: Jason.Schall@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2014, a copy of this Motion was provided to defense counsel at the time of defendant's initial appearance.

_____/s/ for_____
JASON D. SCHALL
Assistant United States Attorney